UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
CAMERON INTERNATIONAL TRADING COMPANY,
INC. AND LEADING EXTREME OPTIMIST
INDUSTRIES LIMITED,

               Plaintiffs,     <u>MEMORANDUM & ORDER</u>
                                   03-CV-2496 (JS)
    -against-

HAWK IMPORTERS, INC., SHYAM BAHETI,
AND RAM BAHETI,

               Defendants.
----------------------------------------X

Appearances:
For Plaintiffs:     John J. Lynch, Esq.
                    Robert Justin DeBrauwere, Esq.
                    Pryor Cashman LLP
                    410 Park Avenue
                    New York, NY 10022

For Defendants:     Balram Kakkar, Esq.
                    Kakkar & Kadish
                    144 E. 44th Street, 6th Floor
                    New York, NY 10017

                    Harpreet Walia, Esq.
                    Pankaj Bhatia, Esq.
                    Walia Law Firm
                    611 W. Sixth Street, Suite 1600
                    Los Angeles, CA 90017

SEYBERT, District Judge:

        On April 13, 2009, Plaintiffs filed a motion to reopen this case to enforce the settlement agreement and order of settlement. Defendants have submitted no opposition.

        Plaintiffs' motion is GRANTED IN PART AND DENIED IN PART. It is GRANTED insofar as the case is now reopened and Plaintiffs are now free to seek affirmative relief (through motion practice and other procedures). It is DENIED WITHOUT PREJUDICE insofar as

it purports to ask the Court to order affirmative relief against Defendants.

The parties are directed to appear for a status conference October 22, 2009 at 11:00 a.m.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         October 1, 2009